Herman *v.* Harborcreek Township, Appellant.

Submitted March 20, 1974. Before JONES, C. J., EA-GEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Eugene J. Brew, Jr.,* and *Dale and Brew,* for appellant.

*Andrew J. Conner* and *Dunn & Conner,* for appellees.

OPINION PER CURIAM, July 1, 1974:

The decree of the court below, sustaining in part and overruling in part appellant's preliminary objections to appellees' complaint in equity, is neither a final decree which "terminates the litigation between the parties to the suit by precluding a party from further action in that court", *James Banda, Inc. v. Virginia Manor Apartments, Inc.,* 451 Pa. 408, 410, 303 A. 2d 925 (1973) [quoting from *Stadler v. Mt. Oliver Borough,* 373 Pa. 316, 318, 95 A.2d 776 (1953)], nor an interlocutory decree on a question of jurisdiction made appealable under the Act of March 5, 1925, P. L. 23, 12 P.S. §672,

*Miller Estate v. Department of Highways,* 424 Pa. 477, 227 A.2d 679 (1967). The decree is, therefore, not appealable, and the appeal therefrom must be quashed. It is so ordered. Costs on appellant.